# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JIHAO HU, <br>     Plaintiff(s), <br> v. <br> TRUMP ADMINISTRATION, et al., <br>     Defendant(s). | Case No.: 2:20-cv-02027-APG-NJK <br><br> **ORDER** |

Pending before the Court is a complaint filed by Plaintiff, who is proceeding *pro se*. Docket No. 1. In violation of the local rules, the complaint does not include an address at which Plaintiff can be contacted. *See* Local Rule IA 10-2.[1] Failure to apprise the Court of a current address is grounds for dismissal of a case. *Cf.* Local Rule IA 3-1. Accordingly, Plaintiff is hereby **ORDERED** to file a notice of address by November 30, 2020.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.**

IT IS SO ORDERED.

Dated: November 12, 2020

                                                     Nancy J. Koppe <br>
                                                   United States Magistrate Judge

---

[1] The Court does not herein address other deficiencies with respect to the complaint.